IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRE-WAR ART, INC. and <br> GAGOSIAN GALLERY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STANFORD COINS & BULLION, INC., <br> and DILLON GAGE, INC. OF DALLAS <br> d/b/a THE DILLON GAGE GROUP and <br> d/b/a DILLON GAGE METALS, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No.: 3:09-CV-00559-N |

**AGREED ORDER REGARDING APPLICATION TO INTERPLEAD FUNDS**

Before the Court is Dillon Gage Incorporated of Dallas' ("Dillon Gage") Application to Interplead Funds ("Application"). Dillon Gage contends that it is subject to competing claims in this cause and the lawsuit styled: *Ralph Janvey, in his Capacity as Court-Appointed Receiver for the Stanford International Bank, et. al. v. Dillon Gage Inc. of Dallas, et. al.,* Case No. 3:10-CV-1973, presently pending before this Court (the "Janvey Lawsuit"). Pre-War Art, Inc. d/b/a Gagosian Gallery (the "Gallery"), Dillon Gage, Inc. of Dallas d/b/a The Dillon Gage Group and d/b/a Dillon Gage Metals ("Dillon Gage") and the Receiver, Ralph S. Janvey, on behalf of Stanford Coins & Bullion, Inc. (the "Receiver"), through their undersigned counsel, represent to the Court that they have made the agreement set forth below, which resolves the Application, without the need for the Court to adjudicate the merits of the Application. Based on the agreement of the parties, the Court ORDERS as follows:

1. Within three (3) business days after this Order is entered, Dillon Gage shall wire transfer the amount of $1,069,562, identified as the Credit Balance in Dillon Gage's Application, to the Receiver pursuant to wire transfer instructions provided by counsel for the Receiver.

2. The Receiver shall hold the Credit Balance and not use such funds for any purpose until further order of the Court in this cause or the Janvey Lawsuit, or agreement of the Receiver, the Gallery and Dillon Gage.

3. The Receiver shall hold the Credit Balance in an interest bearing account that is segregated from the operating accounts and all other funds of the Receivership Estate. All interest earned by the Credit Balance shall be retained in the segregated account and become part of the Credit Balance.

4. This Order does not adjudicate the merits of the Application or any other claims or allegations made by the parties, and no party, by consenting to the Order, waives the right to assert any legal or factual position or claim in the future.

Signed July 15, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT COURT JUDGE

Dated:  June 14, 2011                    Respectfully submitted,

                                              **BAKER BOTTS L.L.P.**

                                              By: /s/ David T. Arlington
                                                  Kevin M. Sadler
                                                  Texas Bar No. 17512450
                                                  kevin.sadler@bakerbotts.com
                                                  Robert I. Howell
                                                  Texas Bar No. 10107300
                                                  robert.howell@bakerbotts.com
                                                  David T. Arlington
                                                  Texas Bar No. 00790238
                                                  david.arlington@bakerbotts.com
                                                  1500 San Jacinto Center
                                                  98 San Jacinto Blvd.
                                                  Austin, Texas 78701-4078
                                                  Tel: 512.322.2500
                                                  Fax: 512.322.2501

                                                  Timothy S. Durst
                                                  Texas Bar No. 00786924
                                                  tim.durst@bakerbotts.com
                                                  2001 Ross Avenue
                                                  Suite 600
                                                  Dallas, Texas 75201-2980
                                                  Tel: 214.953.6500
                                                  Fax: 214.953.6503

                                              **ATTORNEYS FOR RECEIVER**
                                              **RALPH S. JANVEY, ON BEHALF OF**
                                              **STANFORD COINS & BULLION, INC.**


                                              **KANE RUSSELL COLEMAN & LOGAN PC**

                                              By: /s/ Robert N. LeMay
                                                  Kenneth C. Johnston
                                                  Texas Bar No. 00792608
                                                  kjohnston@krcl.com
                                                  Robert N. LeMay
                                                  Texas Bar No. 12188750
                                                  rlemay@krcl.com
                                                  Joseph A. Hummel

Texas Bar No. 24056879
jhummel@krcl.com
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: 214.777.4200
Fax: 214.777.4299

**ATTORNEYS FOR DEFENDANT DILLON GAGE INCORPORATED OF DALLAS**

**HANKINSON LEVINGER LLP**

Deborah G. Hankinson
Texas Bar No. 00000020
dhankinson@hanklev.com
Rick Thompson
Texas Bar No. 00788537
rthompson@hanklev.com
750 N. St. Paul, Suite 1800
Dallas, Texas 75201
Tel: 214.754.9190
Fax: 214.754.9140

**ATTORNEYS FOR PLAINTIFF PRE-WAR ART, INC. d/b/a GAGOSIAN GALLERY**

**STORCH AMINI & MUNVES PC**

By: /s/ Bijan Amini
Bijan Amini (admitted *pro hac vice*)
bamini@samlegal.com
Matthew Kane (admitted *pro hac vice*)
mkane@samlegal.com
2 Grand Central Tower, 25th Floor
New York, New York 10017
Tel: 212.490.4100
Fax: 212.490.4208

**OF COUNSEL FOR PLAINTIFF PRE-WAR ART, INC. d/b/a GAGOSIAN GALLERY**